IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GARRETT BLACKBURN, as Owner of the G3 1652 JON BOAT,<br><br>Plaintiff<br><br>For Exoneration From or Limitation of Liability. | Cause No. 2:19-cv-00057-BMM<br><br>**NOTICE OF ACTION BROUGHT FOR EXONERATION FROM OR LIMITATION OF LIABILITY** |

NOTICE IS HEREBY GIVEN that Plaintiff-in-Limitation GARRETT BLACKBURN ("Plaintiff-in-Limitation"), owner and operator of that certain vessel, the G3 1652 JON BOAT, bearing Vessel Identification Number MT5670BA and Montana Vehicle Identification Number GEN93167F112 , her engine, tackle, apparel, appurtenances, etc. (hereinafter referred to as "the JON BOAT") has on November 14, 2019, filed a complaint wherein the Plaintiff-in-Limitation claims that any losses, damages, or injuries allegedly occasioned, sustained, or incurred upon or in any manner arising out of a fishing trip on the JON BOAT on April 28, 2019, in which a passenger onboard the JON BOAT died during the course of the fishing trip, while the JON BOAT was in the navigable

and interstate waters of Holter Lake, Helena, Montana (hereinafter the "incident"), were not the result of any negligence on Plaintiff-in-Limitation's part or any unseaworthiness of the JON BOAT or that any such negligence or unseaworthiness was without the knowledge or privity of Plaintiff-in-Limitation.  Said complaint seeks exoneration from or limitation of liability for any losses, damages, or injures allegedly occasioned, sustained, or incurred upon or in any manner arising out of said incident.

All persons, concerns, or firms having claims for such loss, damage, or injury must file said claims, as provided in the Federal Rules of Civil Procedure, Supplemental Rule F(5) for Admiralty and Maritime Claims, on or before December 13, 2019, with the Clerk of the United States District Court for the District of Montana, Butte Division, and serve on or mail a copy thereof to Plaintiff-in-Limitation's attorneys Boone Karlberg, PC, 201 W. Main St., Ste 300, PO Box 9199, Missoula, MT 59807, Attention: Ross D. Tillman, or be defaulted.

Any claimant desiring to contest the right of the Plaintiff-in-Limitation to exoneration from or limitation of liability must file an answer to the said complaint with this Court, unless their claim has contained an answer, and serve on or mail to Plaintiff-in-Limitation's attorney a copy thereof on or before the date hereinabove set forth, as required by the Federal Rules of Civil Procedure, Supplemental Rule

F(5) for Admiralty and Maritime Claims.

IT IS ORDERED this 14th day of November, 2019.

_____
Brian Morris
United States District Court Judge