IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| In the Matter of the Complaint of<br><br>GARRETT BLACKBURN, as Owner of the G3 1652 JON BOAT<br><br>For Exoneration From or Limitation of Liability | CV-19-57-BU-BMM<br><br>**ORDER** |

Claimant/Respondent CALEB GARRETT (Garrett) has moved for admission of David E. Russo (Mr. Russo), (Doc. 13), to practice before this Court in this case with Thomas A. Marra, Esq. to act as local counsel. Mr. Russo's application appears to be in compliance with L.R. 83.1(d).

**IT IS HEREBY ORDERED:**

Garrett's motion to allow Mr. Russo to appear on his behalf (Doc. 13) is **GRANTED** on the following conditions:

1. Local counsel, will be designated as lead counsel or as co-lead counsel with Mr. Russo. Mr. Russo must do his own work. He must do his own writing, sign his own pleadings, motions, briefs and other documents served or filed by him, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court. Local counsel, shall also sign such pleadings,

motions and briefs and other documents served or filed.

2. Admission is not granted until Mr. Russo, within fifteen (15) days from the date of this Order has filed an acknowledgment and acceptance of his admission under the terms set forth above.

3. Admission is personal to Mr. Russo.

DATED this 13th day of December, 2019.

_____
Brian Morris
United States District Court Judge