IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GARRETT BLACKBURN, as Owner of the G3 1652 JON BOAT,<br><br>Plaintiff<br><br>For Exoneration From or Limitation of Liability. | CV 19-57-BU-BMM<br><br>**ORDER GRANTING EXTENSION OF TIME** |

Plaintiff-in-Limitation Garrett Blackburn (Blackburn) moves for an extension of time to file a reply to Claimant Personal Representative of the Estate of Craig Bristle's (Bristle Claimant) Brief in Opposition of Plaintiff-In-Limitation's Motion to Enforce Stay and Relief Related to State Court Proceedings (Doc. 57). The reply brief is due December 3, 2020 and Blackburn requests an extension through December 10, 2020. Bristle Claimant does not oppose this motion. Good cause having been shown, IT IS ORDERED that Blackburn's Unopposed Motion for Extension of Time is GRANTED. Blackburn's reply brief is due December 10, 2020.

Dated this 3rd day of December, 2020.

Brian Morris, Chief District Judge
United States District Court