IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| GARRETT BLACKBURN, as Owner of the G3 1652 JON BOAT,<br><br>Plaintiff<br><br>For Exoneration From or Limitation of Liability. | CV 19-57-BU-BMM<br><br>**ORDER DISBURSING FUNDS** |

Upon the Unopposed Motion for Order Disbursing Funds pursuant to D. Mont. Local Rule 67.2 and good cause appearing,

IT IS ORDERED that:

The Court disburse the funds on deposit in the Registry of the Court in the amount of $10,388.00, plus any interest accrued to date of disbursement, after deduction of a fee in an amount not to exceed that authorized by the Judicial Conference of the United States and set by the Director of the Administrative Office of the United States Courts, as follows:

1. Payee **Boone Karlberg P.C.** as attorney of record for Plaintiff Garrett

   Blackburn in the principal amount of $10,388.00 plus all of the % of any

   accrued interest to the date of disbursement.

Dated this 21st day of January, 2021.


_____
Brian Morris, Chief District Judge
United States District Court